**Vincent D. YUILLE, Plaintiff–Appellant,**

v.

**A.D. ROBINSON, WARDEN, Nottoway Correctional Center; E.S. Willis, Chairman c/o ICA, Nottoway Correctional Center; R.L. Parmenter, Counselor, Nottoway Correctional Center, Defendants–Appellees.**

No. 02–6966.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 9, 2002.

Vincent D. Yuille, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vincent D. Yuille appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Yuille v. Robinson,* No. CA–02–324–2 (E.D. Va. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*